AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sacca, James R. | Bankruptcy Court, Northern District Georgia | 04/23/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge, Full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2018<br>to<br>12/31/2018 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

1480 U.S. Courthouse
75 Ted Turner Drive
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 04/23/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Georgia Bar Assoc. Bankruptcy Section CLE Seminar | December 13-14, 2018 | Greensboro. Georgia | Seminar | Hotel, Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 04/23/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 04/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Whole Life Policy | D | Dividend | M | T | | | | | |
| 2. Northwestern Mutual Variable Life Policy | | | | | | | | | |
| 3. -MSA Select Bond | | None | J | T | | | | | |
| 4. -MSA Money Market | | None | J | T | | | | | |
| 5. -MSA Index 500 Stock | | None | L | T | | | | | |
| 6. -MSA Mid Cap Growth Stock | | None | K | T | | | | | |
| 7. -MSA High Yield Bond | | None | K | T | | | | | |
| 8. -MSA Growth Stock | | None | K | T | | | | | |
| 9. -MSA Small Cap Growth Stock | | None | J | T | | | | | |
| 10. -MSA Small Cap Value | | None | J | T | | | | | |
| 11. -MSA Index 400 Stock | | None | K | T | | | | | |
| 12. -MSA International Growth | | None | J | T | | | | | |
| 13. -MSA Domestic Equity | | None | K | T | | | | | |
| 14. -MSA International Equity | | None | J | T | | | | | |
| 15. -MSA Asset Allocation | | None | J | T | | | | | |
| 16. -Russell Real Estate Securities | | None | J | T | | | | | |
| 17. IRA #1 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 04/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Century Diversified Bond Fund (ADFIX) | A | Dividend | K | T | Sold (part) | 10/03/18 | J | B | |
| 19. -American Funds Europacific Growth Fund (AEPFX) | B | Dividend | K | T | | | | | |
| 20. -American Funds Fundamental Investors (FINFX) | C | Distribution | L | T | | | | | |
| 21. -American Funds High Income TrustFund (AHIFX) | B | Dividend | K | T | Sold (part) | 10/03/18 | J | B | |
| 22. -Invesco International Growth Fund (AIIYX) | B | Distribution | K | T | | | | | |
| 23. -Fidelity Advisor Newinsights Fund (FINSX) | C | Distribution | K | T | Sold (part) | 08/31/18 | J | B | |
| 24. -Fidelity Advisor Leveraged Company Stock Fund (FLVIX) | A | Dividend | | | Sold | 01/30/18 | K | B | |
| 25. -Fidelity Advisor Small Cap Value Fund (FCVIX) | D | Distribution | K | T | | | | | |
| 26. -MFS International Value Fund (MINIX) | B | Distribution | L | T | Sold (part) | 08/31/18 | J | A | |
| 27. -PIMCO Real Return Fund (PRLPX) | A | Dividend | K | T | | | | | |
| 28. -PIMCO Absolute Return Class A (PSPTX) | C | Distribution | K | T | Sold (part) | 08/31/18 | J | A | |
| 29. Metropolitan West Total Return Bond Fund (MWTIX) | B | Dividend | K | T | Sold (part) | 10/03/18 | K | A | |
| 30. -Russell Global Real Estate Securities Fund (RRESX) | B | Dividend | K | T | | | | | |
| 31. -Vanguard Health Care EFT (VHT) | A | Dividend | K | T | Sold (part) | 10/03/18 | J | A | |
| 32. -Select Sector SPDR Consumer Staples (XLP) | A | Dividend | J | T | Sold (part) | 10/03/18 | J | A | |
| 33. -Select Specctor Inter Energy (XLE) | A | Dividend | K | T | | | | | |
| 34. -New World Fund (NFFFX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 04/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -John Hancock Disc Mid Cap Fund (JVMIX) | B | Distribution | K | T | | | | | |
| 36. -Deutsche Enhanced Commodity (SKIRX) | B | Dividend | K | T | | | | | |
| 37. -AB Global Bond Fund (ANAYX) | A | Dividend | K | T | | | | | |
| 38. -Fidelity Adv Biotech (FBTIX) | A | Distribution | J | T | | | | | |
| 39. -PIMCO Income Fund (PONPX) | C | Dividend | K | T | Sold (part) | 10/03/18 | J | A | |
| 40. -PIMCO International Stock Fund (PSKIX) | D | Distribution | K | T | | | | | |
| 41. -Gugg SP 500 Fund (RSP) | A | Dividend | K | T | | | | | |
| 42. -Opp Dev Mark Fund (ODVYX) | A | Dividend | K | T | | | | | |
| 43. -PIMCO Comm Real Ret (PCRPX) | A | Dividend | | | Sold | 10/03/18 | J | A | |
| 44. -Dreyfus Insured Deposit Program money market account | A | Interest | J | T | | | | | |
| 45. Brokerage Account | | | | | | | | | |
| 46. -American Funds Europacific Growth Fund (AEPFX) | B | Dividend | M | T | Sold (part) | 10/10/18 | J | A | |
| 47. -The Growth Fund of America (GFFFX) | A | Distribution | L | T | Sold (part) | 10/03/18 | K | B | |
| 48. -MFS Value Fund (MEIIX) | B | Dividend | L | T | Sold (part) | 12/03/18 | J | C | |
| 49. -PIMCO Real Return Fund (PRLPX) | A | Dividend | | | Sold | 12/19/18 | K | A | |
| 50. | | | | | Sold (part) | 10/03/18 | J | A | |
| 51. -Sterling Cap f/k/a Stratton Small Cap Value Fund (STSCX) | A | Distribution | K | T | Sold (part) | 10/10/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 04/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American Century Tax Free Bond Fund (TWTIX) | B | Distribution | K | T | Sold (part) | 10/03/18 | J | A | |
| 53. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 54. -Vanguard Mid-Cap Stock Index Fund (VIMAX) | A | Dividend | K | T | Sold (part) | 10/10/18 | J | A | |
| 55. -Vanguard Index Trust Total Stock Market Portfolio Fund (VTSMX) | B | Dividend | M | T | Sold (part) | 10/10/18 | K | E | |
| 56. -John Hancock Disciplined Value Mid Cap Fund (JVMIX) | A | Dividend | K | T | Sold (part) | 01/04/18 | J | A | |
| 57. -AB Global Bond Fund (ANAYX) | A | Dividend | K | T | Sold (part) | 12/19/18 | K | C | |
| 58. | | | | | Sold (part) | 10/03/18 | J | A | |
| 59. -Putnam Conv Securities Fund (PCGYX) | A | Dividend | K | T | | | | | |
| 60. -Vanguard Healthcare Fund (VHT) | A | Dividend | K | T | | | | | |
| 61. -New World Fund (NFFFX) | A | Dividend | L | T | | | | | |
| 62. -Deutsche Enhanced Comm Strategy Fund (SKIRX) | A | Dividend | | | Sold | 12/19/18 | K | A | |
| 63. -Select Sector Energy (XLE) | B | Dividend | | | Sold | 12/19/18 | K | A | |
| 64. -Select Sector Consumer Staples (XLP) | A | Dividend | K | T | Sold (part) | 10/03/18 | J | A | |
| 65. -Cohen & Steers Realty Income Fund (CSDIX) | A | Dividend | K | T | | | | | |
| 66. -First Eagle Oveseas (SGOIX) | B | Dividend | L | T | | | | | |
| 67. -Metropolitan West Total Return Bond (MWTIX) | A | Dividend | | | Sold | 12/03/18 | K | C | |
| 68. -Fidelity Adv Biotech (FBTIX) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 04/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -EV Float Hi Inc (EIFHX) | A | Dividend | K | T | | | | | |
| 70. -Ishares TR TIP Bond (TIP) | A | Dividend | K | T | Buy | 12/19/18 | K | | |
| 71. -Columb Global Ener (CENRX) | A | Dividend | K | T | Buy | 12/19/18 | K | | |
| 72. Pimco Commod Plus (PCLPX) | | None | K | T | Buy | 12/19/18 | K | | |
| 73. -Dreyfus General Money Market Fund | A | Interest | J | T | | | | | |
| 74. SunTrust Bank deposit accounts | A | Interest | K | T | | | | | |
| 75. Virginia 529 Plan-American Funds | | | | | | | | | |
| 76. -2018 Fund | A | Dividend | K | T | Redeemed (part) | 12/10/18 | J | A | |
| 77. -2021 Fund | C | Dividend | M | T | Redeemed (part) | 12/10/18 | K | C | |
| 78. | | | | | Redeemed (part) | 06/20/18 | J | B | |
| 79. | | | | | Redeemed (part) | 01/02/18 | J | B | |
| 80. - 2024 Fund | C | Dividend | M | T | Redeemed (part) | 12/10/18 | J | A | |
| 81. | | | | | Redeemed (part) | 07/02/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 04/23/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In part VII, Amended lines 49, 62, 63 and 67 to show that all of the asset instead of part were sold and added new line 72 to show acquisition of Pimco fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ James R. Sacca**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544